UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL A. FISHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:11-cv-00366-JAW |
| ) | |
| AROOSTOOK COUNTY JAIL, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed June 5, 2012, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Amended Complaint (Docket # 9) be and hereby is DISMISSED for Plaintiff's failure to prosecute.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 5th day of July, 2012